IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF: J. C.-L.

No. 81482

J. C.-L.,
Petitioner,
vs.
THE FIRST JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CARSON CITY; AND THE
HONORABLE JAMES E. WILSON,
DISTRICT JUDGE,
Respondents,
   and
THE STATE OF NEVADA,
Real Party in Interest.

FILED

JUL 2 2 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
   DEPUTY CLERK

*ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

This emergency petition for a writ of mandamus challenges the district court's preliminary prosecutive merit procedure in the underlying juvenile delinquency case.

Having reviewed the petition and accompanying appendix,[1] we conclude that our extraordinary intervention is not warranted at this time. *See Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (observing that the party seeking writ relief bears the burden of showing such relief is warranted); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991) (recognizing that writ relief is an

---

[1]Petitioner's motion to file the appendix under seal because it contains confidential juvenile justice records is granted. SRCR 3; NRS 62H.025. The clerk of this court shall file, under seal, the proposed appendix provisionally received on July 21, 2020.

20-26822

extraordinary remedy and that this court has sole discretion in determining whether to entertain a writ petition). The district court has scheduled the requested evidentiary hearing so as to provide petitioner due process. Should concerns remain thereafter, petitioner may raise his challenges through appropriate means at that time. Accordingly, we

ORDER the petition DENIED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

cc:     Hon. James E. Wilson, District Judge
        Kay Ellen Armstrong
        Attorney General/Carson City
        Carson City District Attorney
        Carson City Clerk